**James SMITH, Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 44841.**

Missouri Court of Appeals,
Western District.

March 3, 1992.

David S. Durbin, Appellate Defender, Jeanne Haas McKenna, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and KENNEDY and BERREY, JJ.

### ORDER

PER CURIAM:

Defendant appeals from the denial of a Rule 24.035 motion for post-conviction relief, without an evidentiary hearing.

The denial of post-conviction relief is affirmed. Rule 84.16(b).